AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**CARRY BLUNT**<br><br>Defendant(s) | )<br>)<br>)  Case No.  5:25-mj-00293 (TWD)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of September 17, 2025, in the county of Onondaga in the Northern District of New York the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C., Sections 841(a)(1) and (b)(1)(A). | Possession with Intent to Distribute a Controlled Substance. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☒  Continued on the attached sheet.

_____
Complainant's signature

Andrew Quinn, DEA Task Force Officer
Printed name and title

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: Sept 19, 2025

_____
Judge's signature

City and State:  Syracuse, New York

Hon. Thérèse Wiley Dancks, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Andrew Quinn, being first duly sworn, hereby depose and state as follows:

1. I make this affidavit in support of a criminal complaint charging Carry BLUNT with violating Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), possession with intent to distribute a controlled substance. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause to support a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts and circumstances that I believe establish probable cause for the complaint.

2. On September 4, 2025, U.S. Magistrate Judge Thérèse Wiley Dancks signed a warrant authorizing law enforcement to search, among others, the person of Carry BLUNT ("Blunt") and his Hyundai Santa Fe (hereafter, "the Subject Vehicle"). On the same date, U.S. Magistrate Judge Thérèse Wiley Dancks signed another warrant authorizing law enforcement to place a GPS tracking device on the Subject Vehicle.

3. On September 17, 2025, while monitoring the GPS data in anticipation of the search warrant execution, agents located BLUNT and the Subject Vehicle in the City of Syracuse. Law enforcement stopped BLUNT, who was operating the Subject Vehicle with an unknown female in the front passenger's seat.

4. Agents subsequently executed the search warrant on the Subject Vehicle and discovered narcotics in a hidden "trap" under the driver's seat. Specifically, agents located five compressed, rectangular-shaped bricks, wrapped in plastic and containing a white powder, which were believed to be kilogram quantities of cocaine. Subsequent field testing revealed a positive indication for the presence of cocaine. The total weight of the five compressed bricks was 6082.5 grams, or 6.082 kilograms.

5.  BLUNT later told agents in a post-*Miranda* interview that his front seat passenger had nothing to do with anything found in the Subject Vehicle.

6.  Based on my training and experience, the packaging and quantities of substances found in the Subject Vehicle are consistent with the distribution of those substances to others, rather than personal use.

7.  In light of the foregoing, I respectfully submit that there is probable cause to believe that Carry BLUNT possessed with the intent to distribute five (5) kilograms or more of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

Andrew Quinn
Task Force Officer
Drug Enforcement Administration

I, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by video conference on September 19, 2025, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Honorable Thérèse Wiley Dancks
U.S. Magistrate Judge